IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                                         4:11CR000209-13 JMM

MERVYN HAMILTON

## ORDER

Pending are the Defendant's *pro se* motion for a hearing requesting a second psychiatric exam, docket # 787, and Second Motion for Psychiatric Exam to Determine Competency to Stand Trial (18 U.S.C. § 4241) and for the Determination of the Existence of Insanity at the Time of the Offense (18 U.S.C. § 4242), docket #899. A hearing was held on the Defendant's *pro se* motion on June 5, 2013. Thereafter, Defendant requested his counsel withdraw. Defendant was appointed new counsel on September 4, 2013. For good cause demonstrated in the hearing held and pleadings filed, the Defendant's motions are GRANTED. The Court will allow a second psychiatric examination to be conducted by Dr. Albert Kittrell at the government's expense.

The Defendant is ordered to undergo a mental evaluation by Dr. Albert Kittrell to determine the Defendant's competency at the time of the offense described in the indictment and his competency to stand trial and assist in his defense. The examination will be held on Friday, February 28, 2014, at 9:00 a.m. at the Dallas County Jail, 106 S. Charlotte Street, Fordyce, Arkansas. The Sheriff of Dallas County is directed to make the defendant available in a private area where Dr. Kittrell can perform the evaluation at the date and time specified. A report from the evaluation should be provided to The Honorable James M. Moody, 500 West Capitol, suite

C446, Little Rock, Arkansas 72201 for filing pursuant to the provisions of 18 U.S.C. § 4247(b) and (c ) within thirty (30) days of the date of the examination.

Based on 18 U.S.C. § 3161(h)(1)(A)and (H), any delay occasioned by this examination is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE